IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LEISURE PROPERTIES, LCC,<br>*Doing Business As* "Crownline Boats,"<br>Plaintiff,<br><br>v.<br><br>AMY TURNER,<br>Defendant. | Case No. 20–CV–00385–JPG |

# **JUDGMENT**

This matter having come before the Court, and the Court having granted Plaintiff Leisure Properties, LLC's request for voluntary dismissal,

**IT IS HEREBY ORDERED AND ADJUDGED** that the claims against Defendant Amy Turner are **DISMISSED WITH PREJUDICE**.


**Dated: Friday, October 30, 2020**          **MARGARET M. ROBERTIE**
                                              **CLERK OF COURT**

                                              **s/Tina Gray, Deputy Clerk**


**Approved by: s/J. Phil Gilbert**
              **J. PHIL GILBERT**
              **UNITED STATES DISTRICT JUDGE**